UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAIMA ISMAIL ABDI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. 2:15-cv-01913 JRC<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

　　　　This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration (Dkt. 17).

　　　　After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner.

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will obtain a consultative psychological examination of plaintiff, if warranted, and will further evaluate the nature and severity of plaintiff's alleged impairments, per 20 C.F.R. §§ 404.1512-1513 and 416.912-913. The ALJ will evaluate further the medical opinion evidence, including the opinions of Emily Donaldson-Fletcher, M.D., Jennifer Briggs, PA, and Anya Zimberoff, Psy.D., per 20 C.F.R. §§ 404.1527 and 416.927. If necessary, the ALJ will evaluate further the nature and severity of plaintiff's medically determinable mental impairments, per 20 C.F.R. §§ 404.1520a and 416.920a. The ALJ will reassess plaintiff's residual functional capacity per 20 C.F.R. §§ 404.1545 and 416.945, and obtain vocational expert evidence at step five of the sequential evaluation process. 20 C.F.R. §§ 404.1566 and 416.966; Social Security Ruling 00-4p.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, following proper request to the Court.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 30th day of August, 2016.

_____
J. Richard Creatura
United States Magistrate Judge